```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


MK STRATEGIES, LLC                 :
                                   :    HONORABLE JOSEPH E. IRENAS
       Plaintiff,                  :
                                   :    CIVIL ACTION NO. 1:07-cv-02519
       v.                          :
                                   :    ORDER GRANTING DEFENDANT'S
ANN TAYLOR STORES CORPORATION      :        MOTION TO DISMISS
and THE TOWER GROUP, Inc.          :
                                   :           (Docket No. 5)
       Defendants.                 :
                                   :
```

**APPEARANCES:**

THOMAS H. EHRHARDT,LLC
By:  Thomas H. Ehrhardt
527 Main Street
Riverton, NJ 08077
     Counsel for Plaintiff

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
By:  Cynthia V. Fitzgerald
Four Times Square
New York, New York 10036
     Counsel for Defendant Ann Taylor Stores Corporation


**IRENAS**, Senior District Judge:

    This matter appeared before the Court on Defendant Ann Taylor Store Corporation's motion to dismiss the Complaint (Docket No. 5) pursuant to Fed. R. Civ. P. 12(b)(6).  The Court having considered the submissions of the parties, for the reasons set forth in an opinion issued by this Court on even date herewith, and for good cause appearing;

**IT IS** on this <u>6th</u> day of December, 2007,

**ORDERED THAT** Defendant's Motion to Dismiss is hereby **GRANTED** in its entirety without prejudice to Plaintiff filing an amended complaint no later than January 7, 2008.

S/    *Joseph E. Irenas*
**JOSEPH E. IRENAS, S.U.S.D.J.**